| | |
|---|---|
| 1 | Plaintiff's Counsel: |
|   | Jayne Conroy |
| 2 | Hanly Conroy Bierstein Sheridan |
|   |    Fisher & Hayes LLP |
| 3 | 112 Madison Avenue |
|   | New York New York 10016-7416 |
| 4 | (212) 784-6400 |
|   | (212) 284-6420 (fax) |
| 5 | |
|   | -and- |
| 6 | |
|   | SimmonsCooper LLC |
| 7 | 707 Berkshire Blvd. |
|   | East Alton, IL 62024 |
| 8 | (618) 259-2222 |
|   | (212) 259-2251 (Fax) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB |
| | MDL NO. 1699 |
| This Document Relates To: | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Diana and David Flores, et. al., vs. Pfizer, Inc.,*. | |
| MDL No. 06-5898: Plaintiff Rosemary Graham and Tony Graham | |

Come now the Plaintiffs, Rosemary Graham and Tony Graham, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE

1  41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Rosemary Graham and**
2  **Tony Graham's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009

By: _____
Jayne Conroy
HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES LLP
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
(212) 784-6420 (Fax)
Email: jconroy@hanlyconroy.com

-and-

SIMMONSCOOPER LLC
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(618) 259-2251 (Fax)

*Counsel for Plaintiff.*

Dated: ____March 11____, 2009

By: _____
Michelle W. Sadowsky
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4625
(212) 884-8675 (Fax)

*Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ____MAR 3 0____, 2009

By: _____
United States District Court

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE