Plaintiff's Counsel:
Jayne Conroy
Hanly Conroy Bierstein Sheridan
    Fisher & Hayes LLP
112 Madison Avenue
New York New York  10016-7416
(212) 784-6400
(212) 284-6420 (fax)

-and-

SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL  62024
(618) 259-2222
(212) 259-2251 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Diana and David Flores, et. al., vs. Pfizer, Inc.,*.<br>*MDL No. 06-5898:* Plaintiff Mary Tassain-Pleasant | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Mary Tassain-Pleasant, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

- 1 -

hereby stipulate to the dismissal with prejudice of Plaintiffs, **Mary Tassain-Pleasant's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009         By: _____
                                      Jayne Conroy
                                      **HANLY CONROY BIERSTEIN**
                                        **SHERIDAN FISHER & HAYES LLP**
                                      112 Madison Avenue
                                      New York, New York  10016-7416
                                      (212) 784-6400
                                      (212) 784-6420 (Fax)
                                      Email: jconroy@hanlyconroy.com

                                      -and-

                                      **SIMMONSCOOPER LLC**
                                      707 Berkshire Blvd.
                                      East Alton, IL  62024
                                      (618) 259-2222
                                      (618) 259-2251 (Fax)

                                      *Counsel for Plaintiff.*

Dated: _____March 11__, 2009          By: _____
                                      Michelle W. Sadowsky
                                      **DLA PIPER US LLP**
                                      1251 Avenue of the Americas
                                      New York, New York  10020-1104
                                      (212) 335-4625
                                      (212) 884-8675 (Fax)

                                      *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____March 30____, 2009        By: _____
                                      United States District Court

- 2 -                                          STIPULATION OF DISMISSAL WITH PREJUDICE