| | |
|---|---|
| 1 | Plaintiff's Counsel:<br>Jayne Conroy |
| 2 | Hanly Conroy Bierstein Sheridan<br>  Fisher & Hayes LLP |
| 3 | 112 Madison Avenue<br>New York New York  10016-7416 |
| 4 | (212) 784-6400<br>(212) 284-6420 (fax) |
| 5 | |
| 6 | -and- |
| 7 | SimmonsCooper LLC<br>707 Berkshire Blvd. |
| 8 | East Alton, IL  62024<br>(618) 259-2222 |
| 9 | (212) 259-2251 (Fax) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates To:<br><br>*Diana and David Flores, et. al., vs. Pfizer, Inc.,.*<br>*MDL No. 06-5898:* Plaintiff Dianne Onibokun | |

Come now the Plaintiffs, Dianne Onibokun, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal with prejudice of Plaintiffs, **Dianne Onibokun's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009  By: /s/ Jayne Conroy
Jayne Conroy
**HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP**
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
(212) 784-6420 (Fax)
Email: jconroy@hanlyconroy.com

-and-

**SIMMONSCOOPER LLC**
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(618) 259-2251 (Fax)

*Counsel for Plaintiff.*

Dated: \_\_\_\_\_March 11\_\_\_\_, 2009  By: /s/ Michelle W. Sadowsky
Michelle W. Sadowsky
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4625
(212) 884-8675 (Fax)

*Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____March 30_____, 2009  By: _____
United States District Court